IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3067 |
| vs. | |
| BRANDY LEIGHANN BENNETT, | ORDER |
| Defendant. | |

At the United States Marshal's unopposed request,

IT IS ORDERED that:

(1) Defendant Bennett's Initial Appearance and Revocation Hearing are rescheduled to Thursday, January 9, 2020, at 12:00 noon, before the undersigned Senior United States District Judge, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2) A Writ of Habeas Corpus Ad Prosequendum shall be issued and the defendant brought before the court for an Initial Appearance and Revocation Hearing on this matter.

Dated this 18th day of December, 2019.

BY THE COURT:

*Richard G. Kopf*

Senior United States District Judge