IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDY LEIGHANN BENNETT,

    Defendant.

4:19CR3067

**ORDER**

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 41), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

    a. The defendant shall be released to reside at the Everett Oxford House and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Everett Oxford House facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

    b. Upon release, defendant shall immediately seek employment.

    c. Defendant reside in Lincoln, Nebraska and not travel to Beatrice, NE, without the approval of the United States Probation Office.

3)  The defendant shall arrive at the Everett Oxford House by 11:00 a.m. on July 1, 2021. Defense counsel shall communicate with the Marshal to arrange for Defendant's release for timely transport to the Everett House.

June 28, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge